Opinion issued April 15, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-08-00171-CV

———————————

EVA JEAN
WINGO, Appellant

V.

OAKWOOD VILLA APARTMENTS, Appellee



 



 

On Appeal from the County
Civil Court at Law No. 4

Harris County, Texas



Trial Court Case No. 905761

 



 

MEMORANDUM OPINION

Appellant, Eva Jean
Wingo, has failed to timely file a brief. 
See Tex. R. App. P.
38.8(a) (failure to file brief).  After
being notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex.
R. App. P. 42.3(b) (allowing
involuntary dismissal of case).  

We
dismiss the appeal for want of prosecution for failure to timely file a
brief.  We deny all pending motions.

PER CURIAM

Panel
consists of Justices Jennings, Hanks, and Bland.